# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:04-CV-4-MU

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Court Case No. 03-33532 |
| J.A. JONES, INC., et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
|     Debtors. | ) | |
| | ) | |
| ZURICH AMERICAN INSURANCE COMPANY, | ) | District Court Case No. 3:04-cv-4 |
| | ) | |
|     Appellant, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| J.A. JONES, INC., et al., | ) | |
| | ) | |
|     Appellees. | ) | |

This matter is before the Court on its own Motion after it was brought to the Court's attention that its August 3, 2005 Order [file doc. 17] was signed in error. Accordingly, the Court withdraws its August 3, 2005 Order.

**Signed: August 11, 2005**

Graham C. Mullen
Chief United States District Judge