# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **J.A. JONES, INC., et al.,** | ) | **Bankruptcy Court Case No. 03-33532** |
| | ) | **Chapter 11** |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |
| | ) | |
| **ZURICH AMERICAN INSURANCE** | ) | |
| **COMPANY,** | ) | **District Court Case No.** |
| | ) | **3:04cv00004** |
| **Appellant,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **J.A. JONES, INC., et al.,** | ) | |
| | ) | |
| **Appellees.** | ) | |
| | ) | |

## ORDER ON AMENDED MOTION TO VACATE AND REMAND

AND NOW, this ___ day of _____, 2004, upon consideration of the Amended

Motion by Appellant to Vacate and Remand ("Motion"), the Court makes the following findings

of fact:

1. The capitalized terms used in this Order shall have the same meaning as set forth

   in the Motion;

2. The Motion is in furtherance of the Settlement between Appellant and the Debtor

   in connection with the Debtor's Chapter 11 Plan of Liquidation.

3. The relief requested in the Motion is in the best interest of the Debtor, the

   Debtor's Estate, and its creditors; and

4. All parties have received adequate notice of this Motion, and have been provided

   due opportunity to object and be heard.

THEREFORE, based upon the above findings of fact, it is hereby ordered as follows:

1.   The Motion is granted, and the District Court Order is vacated;

2.   This matter is remanded to the Bankruptcy Court for further action consistent with the Order entered on August 19, 2004, by the United States Bankruptcy Court for the Western District of North Carolina confirming the Debtor's Chapter 11 Plan of Liquidation; and

3.   Nothing in this Order shall be construed to authorize Appellant to assert any claims except those allowed by the Debtor's Chapter 11 Plan of Liquidation or to grant Appellant any rights or defenses with respect to any claims that may exist against Appellant.

GRAHAM C. MULLEN
CHIEF UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2004, I caused to be served, true and correct copies of the foregoing **AMENDED MOTION TO VACATE AND REMAND** upon the following parties by United States mail, postage prepaid:

John P. Whittington, Esq.
J. Patrick Darby, Esq.
Jay R. Bender, Esq.
Edward Peterson, Esq.
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Phone: 205-251-8000

W. B. Hawfield, Jr., Esq.
Lou M. Agosto, Esq.
Moore & Van Allen, PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Phone: 704-331-1000

Gregg M. Galardi, Esq.
Robert A. Weber, Esq.
Skadden, Arps, Slate,
  Meagher & Flom, LLP
One Rodney Square
Wilmington, DE 19899
Phone: 302-651-3000

Deborah L. Fletcher, Esq.
Holcomb & Fletcher, PLLC
831 East Morehead Street, Suite 550
Charlotte, NC 28202
Phone: 704-370-6501

Lewis S. Rosenbloom, Esq.
James B. Shein, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606
Phone: 312-372-2000

Robert H. Pryor, Esq.
Helms Mulliss & Wicker, PLLC
201 North Tryon Street
P.O. Box 31247
Charlotte, NC 28202
Phone: 704-343-2000

John Bramlett, Esq.
U.S. Bankruptcy Administrator
402 West Trade Street, Room 110
Charlotte, NC 28202
Phone: 704-344-6894

A. Cotten Wright
Grier Furr & Crisp, PA
101 North Tryon Street, Suite 1240
Charlotte, NC 28246