# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:04-CV-4-MU

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Bankruptcy Court Case No. 03-33532** |
| **J.A. JONES, INC., et al.,** | ) | **Chapter 11** |
| | ) | **Jointly Administered** |
| Debtors. | ) | |
| | ) | |
| | ) | |
| **ZURICH AMERICAN INSURANCE** | ) | **District Court Case No. 3:04-cv-4** |
| **COMPANY,** | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **J.A. JONES, INC., et al.,** | ) | |
| | ) | |
| Appellees. | ) | |

This matter is before the Court on its own Motion after it was brought to the Court's attention that its August 22, 2005 Order [file doc. 19] was signed in error. Accordingly, the Court withdraws its August 22, 2005 Order.

**Signed: September 15, 2005**

Graham C. Mullen
Chief United States District Judge